UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                               Chapter: 13
                                                         Case No.: 09-66846
           Kenneth & Suzanne Kniesteadt, Jr.**,**          Judge: Thomas Tucker
           Debtor,
_____/

## AMENDED NOTICE OF FIRST POST CONFIRMATION PLAN MODIFICATION

    Debtors, through counsel, Christopher E. Frank, pursuant to F.R. Bankr. P. 3015(g), summarizes the proposed modification as follows:

1. Debtor filed Chapter 13 bankruptcy on August 28, 2009.

2. Debtor's Chapter 13 plan was confirmed on May 8, 2010.

3. Pursuant to the Order Confirming Plan, the Debtor is required to remit 100% of their tax refunds.

4. Currently, the plan is 95% paid in and dividend is yielding a 68% dividend based on claims filed.

5. That the Debtor's 2009 tax refund pursuant to the tax return provided to the Trustee is $3,035.00.

6. Debtors have incurred multiple expenses including: repair costs to their vehicle, tax preparation expenses, and for the 2009 property taxes on their main residence that was not anticipated before the filing of this case.

7. Debtors property tax bill for 2009 was $1,426.65, received receipts for costs incurred to date and estimates for the vehicle repairs in for approximately $273.22, and expenses for tax preparation for $175.00 (See Exhibit C).

8. Debtors are requesting that his 2009 tax refunds in the amount of $1,874.87 be excused to make the above mentioned repairs and taxes.

9. The Plan Modification as proposed will not effect any of the classes of creditors.

10. The excusal of these payments will not affect the class 8 unsecured dividend as confirmed and creditors will receive an additional $1,160.13 from the remaining balance of the refunds remitted.

11. In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Wherefore, debtor requests that this court allow:

1. 2009 Tax refunds in the amount of $1,874.67 be excused.

Dated: June 2, 2010

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorneys for Debtor
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 677-7445
cfrank@bankruptcymanagementgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                              Chapter: 13
                                                                                  Case No.: 09-66846
            Kenneth & Suzanne Kniesteadt, Jr.**,**           Judge: Thomas Tucker
            Debtor,
_____/

**NOTICE OF PLAN MODIFICATION**

     Debtors, through counsel, Christopher E. Frank, pursuant to LBR 3015-2, and F.R.Bankr.P.3015 (g) states:

Debtor has filed a proposed plan modification with the court requesting that:
        1.      The 2009 tax refunds in the amount of $1,874.67 be excused.

     **<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you don't have an attorney, you may wish to consult one.)

     If you do not want the court to modify plan as proposed, or if you want the court to consider your views on the request. Within 20 days, you or your attorney must:

      1.        File with the court a written response or an answer, explaining your position at:
                              United States Bankruptcy Court
                           211 West Fort Street, Suite 2100
                                   Detroit, MI 48226

            If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

            You must also mail a copy to:

            Christopher E. Frank, 117 W. 4th, Street, Ste 201, Royal Oak, MI 48067;

            Trustee: Tammy Terry, 535 Griswold Ave, Ste 2100 Detroit, MI 48226

      2.        If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the request shall become effective.**

A response or answer must comply with F.R.Civ. P.8 (b), (c), and (e).

Dated: June 2, 2010 /s/ Christopher E. Frank
                                                         Christopher E. Frank (P67169)
                                                         Attorneys for Debtor
                                                         117 W. 4th Street, Ste 201
                                                         Royal Oak, MI 48067
                                                         (248) 677-7445

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter: 13
 Case No.: 09-66846
    Kenneth Kniesteadt, Jr., Judge: Thomas Tucker
    Debtor,
_____/

### PROOF OF SERVICE

On the June 2, 2010 a copy of the Notice of Plan Modification, Summary of Proposed Modification, Proposed Worksheet (Exhibit A), Proposed Liquidation Analysis (Exhibit B), Expense Receipts (Exhibit C), and this Proof of Service were served via ECF filing:

Tammy Terry, Chapter 13 Trustee

VIA First Class U.S. Mail:

All Creditors and Debtor on the Attached Court Matrix;

    /s/ Christopher E. Frank
    Christopher E. Frank (P67169)
    Attorneys for Debtor
    117 W. 4th Street, Ste 201
    Royal Oak, MI 48067
    (248) 677-7445

Dated: June 2, 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Chapter: 13
Case No.: 09-66846
Kenneth & Suzanne Kniesteadt, Jr.,  Judge: Thomas Tucker
    Debtor,
_____/

## ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

    A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

    **NOW THEREFORE**;

    **IT IS ORDERED THAT** the Debtor's 2009 tax refunds in the amount of $1,874.67 are excused;

    **IT IS FURTHER ORDER THAT** Debtor shall remit the remaining $1,160.13 of the 2009 tax refund to the Chapter 13 Trustee.

    **IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated, as last amended, shall remain in full force and effect.

    IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE