**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN THE MATTER OF:

CHAPTER 13

KENNETH KNIESTEADT
SUZANNE KNIESTEADT             CASE NO. 09-66846- TJT
    Debtor(s).                 JUDGE THOMAS J. TUCKER
_____/

**TRUSTEE'S OBJECTION TO DEBTORS'**
**NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION**

    **NOW COMES** the Chapter 13 Trustee, Tammy L. Terry, and objects to the debtors' Notice of Proposed Post Confirmation Plan Modification and states as follows:

1.    The debtors filed for Chapter 13 relief on August 28, 2009. This matter was confirmed on May 8, 2010 which proposed semi-monthly payments of $1332.82 for sixty (60) months and to provide 100% dividend to unsecured creditors.

2.    On or about April 79 2011, the debtors filed a plan modification requesting reduce their plan payments by $250.00 per month in order to pay a debt owed to the Internal Revenue Service. The debtors further provide that debtors' payments will be reduced to $1342.82 semi monthly (a $10.00 decrease) for 12 months.

3.    The Trustee objects to the Plan modification as the Trustee believes that the proposed payment as provided for in the modification does not account for a $250.00 per month reduction in plan payment and may render the plan infeasible. The Trustee requests that the debtors clarify this inconsistency and provide proof of the agreement with the Internal Revenue Service.

    **WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny the debtor's request and/or grant any relief this Court deems to be just and appropriate.

    OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
    Tammy L. Terry, Chapter 13 Trustee

May 20, 2011    */s/* **Tammy L. Terry**
    /s/TAMMY L. TERRY (P-46254)
    Chapter 13 Standing Trustee
    /s/ KIMBERLY SHORTER - SIEBERT (P-49608)
    /s/ MARILYN R. SOMERS-KANTZER (P-52488)
    Staff Attorneys
    535 Griswold, Suite 2100
    Detroit, MI 48226
    (313) 967-9857
    mieb_ecfadmin@det13.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN THE MATTER OF:

KENNETH KNIESTEADT
SUZANNE KNIESTEADT
    Debtor(s).
_____/

CHAPTER 13

CASE NO. 09-66846- TJT
JUDGE THOMAS J. TUCKER

**CERTIFICATE OF MAILING**

    I hereby certify that on May 20, 2011 a copy of **TRUSTEE'S OBJECTIONS TO DEBTOR'S POST-CONFIRMATION CHAPTER 13 PLAN MODIFICATION** was electronically filed with the Clerk of the Court, served via Electronic Court Filing and/or a copy of same was deposited in the U.S. Mail to debtor's(s)' attorney (if any) or the debtor(s), if unrepresented, at the address as it appears below.

/s/ Patrice N. Ford
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

CHRISTOPHER E. FRANK
117 W 4TH STREET, #201
ROYAL OAK MI 48067

KENNETH KNIESTEADT, JR.
SUZANNE KNIESTEADT
4119 DEVON ST
ROYAL OAK MI 48073