UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                            Chapter: 13
                                                                       Case No.: 09-66846

Kenneth & Suzanne Kniesteadt, Jr.**,**                      Judge: Thomas Tucker
Debtor,
_____/

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

      A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that objections were resolved and that the plan modifications comply with 11 USC 1325 and 1329:

    **NOW THEREFORE**;

    **IT IS ORDERED THAT** the Debtors plan payments shall be decreased from $1332.82 *semi-monthly* to $1082.82 *semi-monthly* effective 7/23/11 until 7/23/12, effective 7/24/12 the plan payment shall return to $1332.82 *semi-monthly*. This plan modification shall have no effect on the step-payment to take effect on 9/1/2013.

**IT IS FURTHER ORDERED THAT** Debtor shall provide proof of payment agreement with IRS upon effectuation.

    **IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated, as last amended, shall remain in full force and effect.

    IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: NONE

.

**Signed on August 09, 2011**

                                                          /s/ Thomas J. Tucker
                                                   Thomas J. Tucker
                                                   United States Bankruptcy Judge