UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Chapter: 13
                                                Case No.: 09-66846
    Kenneth & Suzanne Kniesteadt, Jr.,          Judge: Thomas Tucker
    Debtor,
_____/

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

    A Notice of Proposed Modifications to Debtor(s) Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

    **NOW THEREFORE**;

    **IT IS ORDERED THAT** the Debtors plan payments shall be reduced $710.32 semi monthly as of the entry of this order.

    **IT IS ORDERED THAT** the Debtors this plan modification shall have no effect on the step-payment to take effect on 9/1/2013.  The payment shall be increased to $960.32 semi-monthly.

    **IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated, as last amended, shall remain in full force and effect.

    IT IS FURTHER ORDERED THAT the effect on each shall be as follows:
CLASS 1:NONE
CLASS 2:NONE
CLASS 3:NONE
CLASS 4:NONE
CLASS 5:NONE
CLASS 6: NONE
CLASS 7: NONE
CLASS 8: Dividend will be reduced from 100% to 66%

    .

**Signed on August 07, 2012**

                                                                     /s/ Thomas J. Tucker
                                                                      Thomas J. Tucker
                                                                     United States Bankruptcy Judge